# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN KEN ALLOCCO,
Appellant,
vs.
SARAH RACHEL ALLOCCO,
Respondent.

No. 70082

**FILED**

SEP 01 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order modifying child custody. Eighth Judicial District Court, Family Court Division, Clark County; Charles J. Hoskin, Judge.

On August 4, 2016, this court entered an order granting appellant's motion for an extension of time to file the docketing statement and the fast track statement. NRAP 14; NRAP 3E(f)(2). Pursuant to our order, appellant's documents were due on or before August 11, 2016. We cautioned appellant that failure to comply with our order could result in the dismissal of this appeal. To date appellant has failed to file the documents. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____ Cherry , J.
Cherry

_____ , J.
Douglas

_____ , J.
Gibbons

16-27235

cc: Hon. Charles J. Hoskin, District Judge, Family Court Division
Brian Ken Allocco
Anthony A. Zmaila Limited PLLC
Eighth District Court Clerk